FILED
APR 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Edgar Rigoberto MUNIZ Lopez.<br>Defendant. | Magistrate Case No. '08 MJ 8297<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about April 04, 2008, within the Southern District of California, defendant Edgar Rigoberto MUNIZ Lopez. did knowingly and intentionally import approximately 24.26 kilograms (53.37 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31,United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH, DAY OF APRIL 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On April 04, 2008 at approximately 0730 hours, Edgar Rigoberto MUNIZ Lopez. entered the United States at the Calexico, California, West Port of Entry. MUNIZ was the driver of 1992 Mazda Navajo. MUNIZ gave Primary Officer Mercardo, a negative oral customs declaration. MUNIZ claimed ownership of the vehicle. Officer Mercardo noted that MUNIZ appeared nervous while answering questions. Officer Mercardo escorted MUNIZ and the vehicle to the vehicle secondary lot. In the vehicle secondary lot, Officer Mercardo requested that Canine Enforcement Officer (CEO) Jones screen the vehicle for contraband with his assigned Human Narcotic Detector Dog (HNDD). CEO Jones noted that his HNDD alerted to the vehicle. A subsequent inspection of the vehicle revealed 25 packages in the gas tank of the vehicle. Officer Mercardo probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 25 packages had a combined net weight of approximately 24.26 kilograms (84.08 pounds).

MUNIZ was placed under arrest and advised of his Constitutional Rights, which he acknowledged. MUNIZ admitted that he was going to be paid $3800.00 to bring the vehicle into the United States and that he was told that it had marijuana hidden in it. MUNIZ was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on April 5, 2008 (date) at 1215 (hours).

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 4-4-08 in violation of Title 21, United States Code, Section(s) 952, 960.

United States Magistrate Judge

4-5-08 @ 5:28 pm
Date/Time